## UNITED STATES DISTRICT COURT
## SOUTHERN DISCTICT OF NEW YORK

JAMES F. THOMPSON )
)
      Plaintiff, )
)
)
v. )
)
ZIMMER BIOMET HOLDINGS, INC. f/k/a )
ZIMMER HOLDINGS, INC., ZIMMER )
BIOMET, INC. f/k/a ZIMMER, INC., and )
ZIMMER BIOMET US, INC. f/k/a )
ZIMMER US, INC. )
)
      Defendants. )

Case No. 1:19-cv-00310-PAC

## AGREED MOTION FOR SUBSTITUTION AND WITHDRAWAL OF COUNSEL

## TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

PLEASE TAKE NOTICE that the Johnson Law Group, by and through its undersigned counsel, respectfully moves this Court for entry of an order withdrawing David P. Matthews, the current counsel for client in the above-referenced matter, and substituting Rachal G. Rojas as counsel of record.

This substitution of counsel has been agreed to by attorney David. P. Matthews and is not sought for purposes of delay.

Accordingly, the Johnson Law Group respectfully requests that the Court enter an order withdrawing David P. Matthews as counsel and substituting Rachal G. Rojas as counsel.

The undersigned also requests that an order be entered removing David P. Matthews from future ECF filing notifications for the above referenced matter as well as in the main MDL case - 1:18-mc-02859-PAC In Re: Zimmer M/L Taper Hip Prosthesis or M/L Taper Hip Prosthesis with

Kinectiv Technology and Versys Femoral Head Products Liability Litigation.


Date: February 12, 2019                    Respectfully submitted,

                                           /s/ Rachal G. Rojas
                                           Rachal G. Rojas
                                           RRojas@JohnsonLawGroup.com
                                           Texas State Bar No.: 24063161
                                           Federal Bar No.: 1005606
                                           JOHNSON LAW GROUP
                                           2925 Richmond Avenue, Suite 1700
                                           Houston, Texas 77098
                                           Tel: (713) 626-9336
                                           Fax: (800) 731-6018

                                           **ATTORNEYS FOR PLAINTIFF**


AGREED:

/s/ David P. Matthews
David P. Matthews
Dmatthews@thematthewslawfirm.com
Federal Bar No.: OT.017254
THE MATTHEWS LAW FIRM
2905 Sackett Street
Houston, Texas 77098
Tel: (713) 522-5250
Fax: (713) 535-7186

## <u>CERTIFICATE OF SERVICE</u>

This is to certify that a true and correct copy of the foregoing was delivered to the involved parties, by the CM/ECF system.


/s/ Rachal G. Rojas
Rachal G. Rojas