UNITED STATES DISTRICT COURT
SOUTHERN DISCTICT OF NEW YORK

| | |
|---|---|
| JAMES F. THOMPSON </br></br> Plaintiff, </br></br> v. </br></br> ZIMMER BIOMET HOLDINGS, INC. f/k/a ZIMMER HOLDINGS, INC., ZIMMER BIOMET, INC. f/k/a ZIMMER, INC., and ZIMMER BIOMET US, INC. f/k/a ZIMMER US, INC. </br></br> Defendants. | Case No. 1:19-cv-00310-PAC |

**ORDER ON MOTION FOR SUBSTITUTION AND WITHDRAWAL OF COUNSEL**

On this date, the court considered the Motion for Substitution of Counsel of David P. Matthews, and orders Rachal G. Rojas be substituted as attorney of record for Plaintiff James F. Thompson in place of David P. Matthews.

This Court also directs the clerk to remove David P. Matthews from future ECF filing notifications for the above-referenced matter as well as in the main MDL case - 1:18-mc-02859-PAC In Re: Zimmer M/L Taper Hip Prosthesis or M/L Taper Hip Prosthesis with Kinectiv Technology and Versys Femoral Head Products Liability Litigation.

SIGNED this the _____ day of _____, 2019.

_____
UNITED STATES DISTRICT JUDGE