UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------------x

IN RE:

ZIMMER M/L TAPER HIP PROSTHESIS OR M/L TAPER
HIP PROSTHESIS WITH KINECTIV TECHNOLOGY AND
VERSYS FEMORAL HEAD PRODUCTS LIABILITY
LITIGATION

*This Document Relates to All Actions*

*James Florida v. Zimmer, Inc., Zimmer US, Inc., Zimmer Biomet
Holdings, Inc. f/k/a Zimmer Holdings, Inc.*


-------------------------------------------------------------------------------x

MDL No. 2859

18-MD-2859 (PAC)
18-MC-2859 (PAC)


**2:18-cv-11973**

1.      Plaintiff, James Florida, states and brings this civil action in MDL No. 2859,
entitled *In Re: Zimmer M/L Taper Hip Prosthesis or M/L Taper Hip Prosthesis with Kinectiv
Technology and Versys Femoral Head Products Liability Litigation*, against Defendants Zimmer,
Inc., Zimmer US, Inc., and Zimmer Biomet Holdings, Inc.

2.      Plaintiff is filing this Short Form Complaint as permitted by this Court's Case
Management Order 9, dated February 7, 2019, and hereby incorporates the Master Long Form
Complaint filed in MDL No. 2859 by reference.

## PARTIES, JURISDICTION AND VENUE

3.      Plaintiff, James Florida, is a resident and citizen of the State of Michigan and
claims damages as set forth below.

4.      ~~Plaintiff's Spouse, _____, is a resident and citizen of
the State of _____, and claims damages as set forth below.~~  *[Cross out Spousal
Claim if not applicable.]*

5.      Venue of this case is appropriate in the United States District Court, Eastern District of Michigan. Plaintiff states that but for the Order permitting directly filing into the Southern District of New York pursuant to Case Management Order 9, Plaintiff would have filed in the United States District Court, Eastern District of Michigan. Therefore, Plaintiff respectfully requests that at the time of transfer of this action back to the trial court for further proceedings that this case be transferred to the above referenced District Court.

6.      Plaintiff brings this action *[check the applicable designation]*:

___X___      On behalf of himself;

_____      ~~In a representative capacity as the _____ of the _____ having been duly appointed as the _____ by the _____ Court of _____. A copy of the Letters of Administration for a wrongful death claim is annexed hereto if such letters are required for the commencement of such a claim by the Probate, Surrogate or other appropriate court of the jurisdiction of the decedent.   *[Cross out if not applicable.]*~~

## FACTUAL ALLEGATIONS

ALLEGATIONS AS TO **RIGHT-SIDE** IMPLANT/EXPLANT SURGERY(IES): *[CROSS OUT IF NOT APPLICABLE]*

7.      Plaintiff was implanted with a Versys Femoral Head in his right hip on or about December 3, 2012, at Michigan Medicine, University of Michigan in Ann Arbor by Dr. Brian Hallstrom.

8.      Plaintiff was implanted with the following femoral stem during the December 3, 2012 implantation surgery:

_____      Zimmer M/L Taper

___X___      Zimmer M/L Taper with Kinectiv Technology

9.      Plaintiff had the following right hip components explanted on or about December 21, 2015 at Michigan Medicine, University of Michigan in Ann Arbor by Dr. Brian Hallstrom.

_____            Versys femoral head

_____            Zimmer M/L Taper

\_\_\_X\_\_\_            Zimmer M/L Taper with Kinectiv Technology

    [*Cross out if not applicable.*]

~~10.      Plaintiff will have the right hip components at issue explanted on or about~~

~~_____, at _____ (medical center and address) by Dr.~~

~~_____.~~

~~[*Cross out if not applicable.*]~~

~~11.      Plaintiff has not yet scheduled a surgery for explantation of the right hip components at issue.   [*Cross out if not applicable.*]~~

ALLEGATIONS AS TO **LEFT-SIDE** IMPLANT/EXPLANT SURGERY(IES): [*CROSS OUT IF NOT APPLICABLE]*

~~12.      Plaintiff was implanted with a Versys Femoral Head in his/her right hip on or about~~

~~_____ (date), at the _____ (medical center and address), in _____, by Dr. _____.~~

~~13.      Plaintiff was implanted with the following femoral stem during the _____ (date) implantation surgery:~~

~~_____          Zimmer M/L Taper~~

~~_____          Zimmer M/L Taper with Kinectiv Technology~~

~~14.      Plaintiff had the following right hip components explanted on or about _____ (date), at _____ (medical center and address) by Dr. _____.:~~

~~_____          Versys femoral head~~

~~_____          Zimmer M/L Taper~~

~~_____    Zimmer M/L Taper with Kinectiv Technology~~

~~15.    Plaintiff will have the right hip components at issue explanted on or about~~

~~_____, at _____ (medical center and address) by Dr.~~

~~_____.~~

~~16.    Plaintiff has not yet scheduled a surgery for explantation of the right hip components at issue.  [*Cross out if not applicable.*]~~

## ALLEGATIONS AS TO INJURIES

17.    (a)   Plaintiff claims damages as a result of (check all that are applicable):

__X____            INJURY TO HIMSELF

_____            INJURY TO THE PERSON REPRESENTED

_____            WRONGFUL DEATH

_____            SURVIVORSHIP ACTION

___X___            ECONOMIC LOSS

~~(b)   Plaintiff's spouse claims damages as a result of (check all that are applicable): [*Cross out if not applicable.*]~~

~~_____            LOSS OF SERVICES~~

~~_____            LOSS OF CONSORTIUM~~

18.    Plaintiff has suffered injuries as a result of implantation of the Devices at issue manufactured by the Defendants as shall be fully set forth in Plaintiff's anticipated Amended Complaint if chosen for bellwether consideration, as well as in Plaintiff's Fact Sheet and other responsive documents provided to the Defendant and are incorporated by reference herein.

19.    Plaintiff has suffered injuries as a result of the explantation of the Devices at issue manufactured by the Defendants as shall be fully set forth in Plaintiff's anticipated Amended

4

Complaint if chosen for bellwether consideration, as well as in Plaintiff's Fact Sheet and other responsive documents provided to the Defendant and are incorporated by reference herein. *[Cross out if not applicable.]*

20.    Defendants, by their actions or inactions, proximately caused the injuries to Plaintiff.

21.    Due to the nature of the defect, Plaintiff could not have known that the injuries she suffered were as a result of a defect in the Devices at issue at the time they were implanted or for any period afterwards until the defect was actually discovered by Plaintiff.

### CASE-SPECIFIC ALLEGATIONS AND THEORIES OF RECOVERY

22.    The following claims and allegations are asserted by Plaintiff and are herein adopted by reference from the Master Long Form Complaint (check all that are applicable):

___X___    COUNT I - NEGLIGENCE;

___X__    COUNT II - NEGLIGENCE PER SE;

___X___    COUNT III - STRICT PRODUCTS LIABILITY - DEFECTIVE DESIGN;

___X___    COUNT IV - STRICT PRODUCTS LIABILITY – MANUFACTURING DEFECT;

___X___    COUNT V - STRICT PRODUCTS LIABILITY- FAILURE TO WARN;

____X__    COUNT VI - BREACH OF EXPRESS WARRANTY;

___X___    COUNT VII- BREACH OF WARRANTY AS TO MERCHANTABILITY;

____X__    COUNT VIII - BREACH OF IMPLIED WARRANTIES;

___X___    COUNT IX - VIOLATION OF CONSUMER PROTECTION LAWS

___X___    COUNT X –NEGLIGENT MISREPRESENTATION

___X___        COUNT XI- FRAUDULENT CONCEALMENT

____X__        COUNT XII - UNJUST ENRICHMENT

_____        COUNT XIII – LOSS OF CONSORTIUM

_____        COUNT XIV – WRONGFUL DEATH

_____        COUNT XV- SURVIVAL ACTION

In addition to the above, Plaintiff asserts the following additional causes of action under applicable state law:

__X____        PUNITIVES DAMAGES

_____        OTHER: _____

_____

_____

_____

**PRAYER FOR RELIEF**

WHEREFORE, Plaintiff prays for judgment against Defendants as follows:

1.    For compensatory damages requested and according to proof;

2.    For all applicable statutory damages of the state whose laws will govern this action;

3.    For an award of attorneys' fees and costs;

4.    For prejudgment interest and costs of suit;

5.    Exemplary damages;

6.    For restitution and disgorgement of profits; and,

7.    For such other and further relief as this Court may deem just and proper.

6

## **JURY DEMAND**

Plaintiff hereby demands a trial by jury as to all claims in this action.


Date: May 23, 2019                          Respectfully submitted,

                                            JONES WARD PLC

                                            /s/ Alex C. Davis
                                            Alex C. Davis
                                            The Pointe
                                            1205 E. Washington St., Suite 111
                                            Louisville, KY 40206
                                            Phone: (502) 882 6000
                                            Facsimile: (502) 587-2007
                                            alex@jonesward.com
                                            *Attorney for Plaintiff*