UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
-----------------------------------------------------------x
IN RE: ZIMMER M/L TAPER HIP                :
PROSTHESIS OR M/L TAPER                    :    MDL NO. 2859
HIP PROSTHESIS WITH KINECTIV               :
TECHNOLOGY AND                             :    18-MD-2859 (PAC)
VERSYS FEMORAL HEAD PRODUCTS               :    18-MC-2859 (PAC)
LIABILITY LITIGATION                       :
                                           :    ORDER NO. 37
This Document Relates to All Cases         :
-----------------------------------------------------------x
```

HONORABLE PAUL A. CROTTY, United States District Judge:

The Plaintiffs' application regarding production of adverse event and complaint data is denied. Document production is limited to adverse events involving the failure mode and alleged injuries actually at issue in this MDL. The discovery the Plaintiffs seek is overbroad, not relevant, and not proportionate to the needs of the case.

The Clerk of Court is directed to terminate the motion at Docket 206.

Dated: New York, New York
      April 9, 2020

SO ORDERED

_____
PAUL A. CROTTY
United States District Judge