UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
................................................................................X
IN RE:

ZIMMER M/L TAPER HIP PROSTHESIS OR M/L TAPER          MDL No. 2859
HIP PROSTHESIS WITH KINECTIV TECHNOLOGY AND
VERSYS FEMORAL HEAD PRODUCTS LIABILITY
LITIGATION                                                                                   18-MD-2859 (PAC)
                                                                                                      18-MC-2859 (PAC)

*This Document Relates to All Actions*                                  **ORDER NO. 44
                                                                                                      MEMORIALIZING
                                                                                                      JULY 9, 2020
                                                                                                      STATUS
                                                                                                      CONFERENCE**
................................................................................X

PAUL A. CROTTY, United States District Judge:

On July 9, 2020, the Court held a telephonic Status Conference by telephone to receive an update on the Parties' progress in MDL No. 2859.

### I. STATUS OF CURRENT FEDERAL AND STATE COURT ACTIONS

To date, there are 215 filed cases in this multidistrict litigation ("MDL"). There are 8 active cases pending in various state courts.

### II. DEPOSITIONS

The Judge heard arguments from both Parties about conducting depositions remotely or in person and ordered the Parties to meet and confer and report to the Court by Wednesday July 15, 2020, at 11am EST by telephonic conference using dial-in 888-363-4749, access code: 8539662. If the Parties cannot come to an agreement the Court will rule by Friday, July 17, 2020.

1

## II.     NEXT STATUS CONFERENCE

The Judge will schedule the next conference at the Wednesday July 15, 2020 telephonic conference.  No later than five (5) days prior to the Status Conference, counsel shall file a joint letter, not to exceed five (5) single-spaced pages and to be filed in **both 18-MD-2859 and 18-MC-2859**, setting forth the parties' agenda.

SO ORDERED.

Dated: __July 13__, 2020
       New York, New York

_____
PAUL A. CROTTY
United States District Judge