UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x

| | |
|---|---|
| IN RE: ZIMMER M/L TAPER HIP PROSTHESIS OR M/L TAPER HIP PROSTHESIS WITH KINECTIV TECHNOLOGY AND VERSYS FEMORAL HEAD PRODUCTS LIABILITY LITIGATION | MDL NO. 2859<br><br>18-md-2859-PAC<br>18-mc-2859-PAC |
| *This Document Relates to All Cases* | ORDER NO. __46__ |

---------------------------------------------------------------x

# FOURTH AMENDED SCHEDULE

Upon consideration of the parties' agreed-to proposed amended schedule, the Court adopts the following future deadlines:

| Event | Current Date | Amended Proposed Date |
|---|---|---|
| Deadline to Complete Common Fact Discovery | September 15, 2020 | October 16, 2020 |
| Deadline for the parties to submit letter briefs proposing the order of Initial Bellwether Trials | September 30, 2020 at 5:00 pm ET | November 2, 2020 at 5:00 pm ET |
| Deadline for Plaintiffs' expert disclosures for Initial Bellwether Trial Pool cases: | October 16, 2020 | November 18, 2020 |
| Deadline for Zimmer Defendants' expert disclosures for Initial Bellwether Trial Pool cases | November 24, 2020 | January 7, 2021 |
| Deadline for Expert Rebuttal Reports | December 23, 2020 | February 8, 2021 |
| Closure of expert discovery for MDL Bellwether Trial #1 | February 10, 2021 | March 22, 2021 |

| Event | Current Date | Amended Proposed Date |
|---|---|---|
| Dispositive and *Daubert* motion deadline for MDL Bellwether Trial #1 | March 2, 2021 | April 7, 2021 |
| Deadline for motions *in limine* for MDL Bellwether Trial #1 | March 5, 2021 | April 14, 2021 |
| Response to dispositive and *Daubert* motions due | March 29, 2021 | May 7, 2021 |
| Oppositions to motions *in limine* due | April 2, 2021 | May 12, 2021 |
| Reply to dispositive and *Daubert* motions due | April 20, 2021 | May 28, 2021 |
| Reply to motions *in limine* due | April 23, 2020 | June 3, 2021 |
| MDL Bellwether Trial #1 start date | July 6, 2021 | September 20, 2021 |

SO ORDERED,
Date:  __August 7, 2020__

_____
Paul A. Crotty
United States District Judge