UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
............................................................................... X
IN RE:

| | |
|---|---|
| ZIMMER M/L TAPER HIP PROSTHESIS OR M/L TAPER HIP PROSTHESIS WITH KINECTIV TECHNOLOGY AND VERSYS FEMORAL HEAD PRODUCTS LIABILITY LITIGATION | MDL No. 2859<br><br>18-MD-2859 (PAC)<br>18-MC-2859 (PAC) |
| *This Document Relates to All Actions* | **ORDER NO. 49** |

............................................................................... X

HONORABLE PAUL A. CROTTY, United States District Judge:

As stated in the Parties' position statements dated July 31, 2020 and on the record at the August 5, 2020 status conference, documents intended to be used as exhibits at deposition shall remain confidential and not be viewed by opposing counsel, or their agents, until introduced as an exhibit in the deposition.

SO ORDERED.

Dated:   August 19, 2020
             New York, New York

_____
PAUL A. CROTTY
United States District Judge

1