UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
IN RE:  ZIMMER M/L TAPER HIP        :
PROSTHESIS OR M/L TAPER             :       MDL NO. 2859
HIP PROSTHESIS WITH KINECTIV        :
TECHNOLOGY AND                      :
VERSYS FEMORAL HEAD PRODUCTS        :       18-md-2859-PAC
LIABILITY LITIGATION                :       18-mc-2859-PAC
                                    :
*This Document Relates to All Cases*  :       **ORDER NO. 55**
------------------------------------------------------------x

# SCHEDULE
# FOR SECOND BELLWETHER TRIAL

Upon consideration of the Parties' respective proposed schedules for the second bellwether trial, the Court adopts the following future deadlines:

| Event | Date |
| --- | --- |
| Closure of expert discovery for MDL Bellwether Trial #2 | August 5, 2021 |
| Dispositive and *Daubert* motion deadline for MDL Bellwether Trial #2 | November 12, 2021 |
| Deadline for motions *in limine* for MDL Bellwether Trial #2 | November 18, 2021 |
| Commencement of Bellwether Mediation Program for Kinectiv Cases | November 26, 2021 |
| Response to dispositive and *Daubert* motions due | December 10, 2021 |
| Oppositions to motions *in limine* due | December 17, 2021 |

US.131112829.01

| Event | Date |
|---|---|
| Reply to dispositive and *Daubert* motions due | January 10, 2022 |
| Reply to motions *in limine* due | January 18, 2022 |
| MDL Bellwether Trial #2 start date | March 28, 2022 |

SO ORDERED,
Date: February 3, 2021

_____
Honorable Paul A. Crotty
United States District Judge