UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
IN RE: ZIMMER M/L TAPER HIP PROSTHESIS
OR M/L TAPER HIP PROSTHESIS WITH
KINECTIV TECHNOLOGY AND VERSYS
FEMORAL HEAD PRODUCTS LIABILITY
LITIGATION.

TAMMA NUTTING,

                Plaintiff,

                -against-

ZIMMER, INC., et al.,

                Defendants.
------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/23/2021

18 MD 2859 (PAC)
18 MC 2859 (PAC)
19 CIVIL 699 (PAC)

**JUDGMENT**

It is, **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated August 6, 2021, Zimmer's motion to exclude Truman's testimony is GRANTED, and Zimmer's summary judgment on Nutting's claims of design defect, failure to warn, and negligence is GRANTED. The remaining motions to exclude expert testimony are denied as moot; accordingly, case number 19cv699 is closed.

**Dated:** New York, New York
        August 23, 2021

                                      **RUBY J. KRAJICK**
                                        **Clerk of Court**
                      BY:
                                        **Deputy Clerk**