# EXHIBIT 1

# NEW JERSEY DEPARTMENT OF HEALTH
## CERTIFICATE OF DEATH

**STATE FILE NUMBER:** 20210060666

B0011641444

**1a. Legal Name of Decedent (First, Middle, Last, Suffix):** Susan Parker Proietti
**1b. Also Known As (AKA), If Any:**
LIMB ONLY ☐

**2. Sex:** Female
**3. Social Security Number:**
**4a. Age:** 82 Years
**5. Date of Birth (Mo/Day/Yr):** 1939
**6. Birthplace (City & State/Foreign Country):** Orange, New Jersey
**7a. Residence-State:** New Jersey
**7b. County:** Bergen
**7c. Municipality/City:** Englewood City
**7d. Street and Number:** 45 Dwight Place
**7e. Apt No.:** 8
**7f. Zip Code:** 07631
**7g. Inside City Limits?:** Yes
**8a. Ever In US Armed Forces?:** No
**8b. If Yes, Name of War:**
**8c. War Service Dates (From/To):**
**9. Domestic Status at Time of Death:** Married
**10. Name of Surviving Spouse/Partner:** Frank Proietti
**11. Father's Name (First, Middle, Last):** Joseph Williamson Parker
**12. Mother's Name Prior to First Marriage:** Josephine
**13a. Name of Informant:** Frank Proietti
**13b. Relationship to Decedent:** Spouse
**13c. Mailing Address:** 45 Dwight Place Apt 8, Englewood, NJ 07631
**14. Method of Disposition:** Cremation
**15. Place of Disposition:** Laurel Grove Cemetery
**16. Location- City & State/Foreign Country:** Totowa Borough, New Jersey
**17. Name and Complete Address of Funeral Facility:** BARRETT LEBER FUNERAL HOME, 148 Dean Drive, Tenafly, NJ 07670
**18. Electronic Signature of Funeral Director:** Steven P Hamersma
**19. NJ License Number:** 23JP00377300
**20. Decedent Education:** Master's degree (MA, MS, MEng, Med, NSW, MBA)
**21. Decedent of Hispanic Origin?:** Not Spanish / Hispanic / Latino
**22. Decedent Race:** White
**23. Occupation of Decedent:** Social Worker
**24. Kind of Business/Industry:** Social working
**25. Name and Address of Last Employer:** Kearny School District, 172 Midland Ave, Kearny, NJ 07032
**26. Date Pronounced Dead:** 09/27/2021
**28. Name of Person Pronouncing Death:** Janet Owino
**27. Time Pronounced Dead:** 1425
**29. License Number:** 26NR16699700
**30. Date Signed:** 09/27/2021
**31. Date of Death:** 09/27/2021
**32. Time of Death:** 1425
**33. Was Medical Examiner Contacted?:** No
**34. Place of Death:** Decedent's Home
**35a. Facility Name:** 45 DWIGHT PLACE APT. 8 ENGLEWOOD, NJ
**35b. Municipality:** Englewood City
**35c. County:** Bergen

**CAUSE OF DEATH:**
**Immediate Cause a.:** pancreatic cancer — Interval Between Onset and Death: several months
**b. Due to:**
**c. Due to:**
**d. Due to:**
**36b. PART II:**
**37. Was an Autopsy Performed?:** No
**38. Were Autopsy Findings Available to Complete Cause of Death?:** Not Applicable
**39. Date of Injury:**
**40. Time of injury:**
**41. Place of Injury:**
**42. Injury at work?:**
**43a. Location of Injury:**
**43b. Municipality:**
**43c. County:**
**43d. State:**
**44. Describe How Injury Occurred:**
**45. If Transportation Injury:**
**46. Manner of Death:** Natural
**47. Did Decedent Have Diabetes?:** No
**48. Did Tobacco Use Contribute to Death?:** No
**49. If Female, Pregnancy Status:** Not applicable
**50. Certifier Type:** Certifying Physician or APN
**51. Name, Address, and Zip Code of Certifier:** Daniel James Wilkin, D.O. 680 Kinderkamack Rd., Oradell, NJ 07649
**52. Electronic Signature of Certifier:** Daniel James Wilkin
**53. License Number:** 25MB07894800
**54. Date Certified:** 09/29/2021
**55. Electronic Signature of Local Registrar:** Christine Attanasio
**56. District No.:** V0267
**57. Date Received:** 09/29/2021
**Case ID Number:** 2323777

Record Contains Amendment ☐

**DATE ISSUED:** September 30, 2021

**ISSUED BY:**
New Jersey Department of Health, Office of Vital Statistics and Registry

This is to certify that the above is correctly copied from a record on file in my office. Certified copy not valid unless the raised Great Seal of the State of New Jersey or the seal of the issuing municipality or county, is affixed hereon.

Vincent T. Arrisi
State Registrar
Office of Vital Statistics and Registry

REG-42B
JUN 14

THIS DOCUMENT HAS MULTIPLE SECURITY FEATURES TO DETER FRAUD; VOID IF ALTERED