# EXHIBIT 2

| Docket No.: 2021-4469 | | Microfilm No.: |
| --- | --- | --- |

# State of New Jersey
# Bergen County Surrogate's Court

In the matter of the Estate of:

**Susan Parker Proietti, Deceased**

**AKA: Susan P. Proietti**

}

**CERTIFIED COPY**

**LETTERS TESTAMENTARY**

I, **Michael R. Dressler**, Surrogate do hereby **certify** that the Last Will and Testament having no codicils of the above named Decedent, late of the County of Bergen and State of New Jersey, was (were) admitted to Probate by the Surrogate's Court of the County of Bergen, on October 27, 2021, and that Letters Testamentary were issued to **Frank Donald Proietti** the Executor/rix(s) named therein, who is (are) duly authorized to take upon himself/herself/itself/themselves the administration of the estate of said testator agreeably to the said Will having no codicils and said Letters Testamentary have never been revoked and still remain in full force and effect.

**DO NOT ACCEPT WITHOUT RAISED SEAL**



**WITNESS my hand and seal of office on:**

**November 4, 2021**

**Michael R. Dressler, Surrogate**

A41197

Page 1 of 1