UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
This document relates to:

IN RE: ZIMMER M/L TAPER HIP PROSTHESIS OR
M/L TAPER HIP PROSTHESIS WITH KINECTIV
TECHNOLOGY AND VERSYS FEMORAL HEAD
PRODUCTS LIABILITY LITIGATION

18-MD-02859 (PAC) (VF)

<u>ORDER</u>

------------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

On April 29, 2022, this case was referred to me for settlement. The parties are ordered to file a joint letter no later than **May 11, 2022**, providing the Court an update on the status of any settlement discussions, and whether any prior settlement conferences in this action have taken place.

**SO ORDERED.**

DATED:   New York, New York
         May 3, 2022

_____
VALERIE FIGUEREDO
United States Magistrate Judge