UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------x

IN RE: ZIMMER M/L TAPER HIP
PROSTHESIS OR M/L TAPER
HIP PROSTHESIS WITH KINECTIV
TECHNOLOGY AND
VERSYS FEMORAL HEAD PRODUCTS
LIABILITY LITIGATION

MDL NO. 2859

18-MD-2859 (PAC)
18-MC-2859

-----------------------------------------------------------x

## [PROPOSED] ORDER AMENDING THE DEADLINE FOR PRODUCTION OF RULE 26 EXPERT REPORTS FOR NON-SETTLING PLAINTIFFS

The deadline for all non-settling plaintiffs to serve a Rule 26(a)(2)(B) expert report on Zimmer as sort forth in Order 67 (Dkt. 586) entered on November 4, 2022, is hereby extended to July 17, 2023.

The PEC and counsel for Zimmer shall provide chambers with a status update, on or before, July 26, 2023. The court hopes the parties will be able to provide a further breakdown of the Settlement Program and remains available should the parties request additional assistance or intervention.

Dated: New York, NY
May 31, 2023

ENTERED:

_____
HON. PAUL A. CROTTY
United States District Judge