UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
:
IN RE:                                                                :
:
ZIMMER M/L TAPER HIP PROSTHESIS OR M/L        :          18-MD-2859 (JMF)
TAPER HIP PROSTHESIS WITH KINECTIV             :
TECHNOLOGY AND VERSYS FEMORAL HEAD         :
PRODUCTS LIABILITY LITIGATION                   :          ORDER
:
*This Document Relates to:*                            :
:
*Hinton v. Zimmer Biomet Holdings, Inc.*, 24-CV-5406  :
:
:
-----------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

    *Hinton v. Zimmer Biomet Holdings, Inc.*, 24-CV-5406, has been transferred to this Court as part of the above-captioned MDL proceedings.  No later than **July 29, 2024**, the parties in *Hinton* shall file on ECF a joint letter, described below, updating the Court on the status of the case, and proposing next steps.  The joint letter shall not exceed five (5) pages and shall provide the following information in separate paragraphs:

(1)    A statement indicating whether the parties believe a conference is appropriate at this time;

(2)    A brief statement of the nature of the action and the principal defenses thereto;

(3)    Proposed next steps for this case, mindful of the status of the MDL proceedings;

(4)    A statement of all existing deadlines, due dates, and/or cut-off dates;

(5)    A brief description of any outstanding motions;

(6)    A brief description of any discovery that has already taken place and of any discovery that is necessary for the parties to engage in meaningful settlement negotiations;

(7)    A list of all prior settlement discussions, including the date, the parties involved, and the approximate duration of such discussions, if any;

(8)    A statement confirming that the parties have discussed the use of alternate dispute resolution mechanisms and indicating whether the parties believe that (a) a

settlement conference before a Magistrate Judge; (b) participation in the District's Mediation Program; and/or (c) retention of a privately retained mediator would be appropriate and, if so, when in the case (*e.g.*, within the next sixty days; after the deposition of plaintiff is completed; after the close of fact discovery; etc.) the use of such a mechanism would be appropriate; and

(9)    Any other information that the parties believe may assist the Court in advancing the case to settlement or trial, including, but not limited to, a description of any dispositive issue or novel issue raised by the case.

If this case has been settled or otherwise terminated, counsel are not required to submit such a letter, provided that a stipulation of discontinuance, voluntary dismissal, or other proof of termination is filed on the docket prior to the deadline, using the appropriate ECF Filing Event. *See* SDNY ECF Rules & Instructions §§ 13.17-13.19 & App'x A, *available at* https://www.nysd. uscourts.gov/electronic-case-filing.

In accordance with the Court's Individual Rules and Practices, requests for an extension or adjournment may be made only by letter-motion filed on ECF and must be received at least 48 hours before the relevant deadline or conference.  The written submission must state (1) the original date(s); (2) the number of previous requests for adjournment or extension; (3) whether these previous requests were granted or denied; (4) whether the adversary consents and, if not, the reasons given by the adversary for refusing to consent; and (5) the date of the parties' next scheduled appearance before the Court.

**Counsel who have entered a notice of appearance as of the issuance of this order are directed (1) to notify counsel for all other parties in this action who have not yet appeared by serving upon each of them a copy of this order and the Court's Individual Rules and Practices forthwith, and (2) to file proof of such notice with the Court.**  If unaware of the identity of counsel for any of the parties, counsel receiving this order must forthwith send a copy of this order and the Court's Individual Rules and Practices to that party personally.

SO ORDERED.

Dated: July 18, 2024
    New York, New York

_____
JESSE M. FURMAN
United States District Judge

2