AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

Southern _____ District of _____ New York

| Dennis McMillian | **CONSENT ORDER GRANTING** |
| Plaintiff (s), | **SUBSTITUTION OF ATTORNEY** |
| V. | |
| Zimmer US, Inc. et. al. | CASE NUMBER: 1:20-cv-02358 |
| Defendant (s), | |

Notice is hereby given that, subject to approval by the court, **Dennis McMillan** substitutes
(Party (s) Name)

**Jay K. Margolis** _____, State Bar No. **1965805** _____ as counsel of record in
(Name of New Attorney)

place of **Peter E. Tangredi of Peter E. Tangredi & Associates** _____.
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name:       Sanders Aronova Grossman Woycik Viener & Kalant, PLLC
Address:         100 Garden City Plaza, Suite 500, Garden City, New York 11530
Telephone:       (609) 755-1013          Facsimile _____
E-Mail (Optional): JMargolis@TheSandersFirm.com

I consent to the above substitution.
Date: 8/16/24
(Signature of Party (s))

I consent to being substituted.
Date: 8/21/24
(Signature of Former Attorney (s))

I consent to the above substitution.
Date: 8/14/24
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: August 27, 2024
Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]

The Clerk of Court is directed to docket this in both 18-MD-2859 and 20-CV-2358.

SO ORDERED.