UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
:
DENNIS MCMILLIAN, :
:
Plaintiff, :
: 18-MD-2859 (JMF)
-v- : 20-CV-2358 (JMF)
:
ZIMMER US INC. et al., : ORDER
:
Defendants. :
:
-------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

    In light of Plaintiff's recent substitution of counsel, the parties to the *McMillian* case shall confer and, no later than **September 10, 2024**, file on ECF a joint status letter proposing next steps for the case, including whether a conference should be held.

    SO ORDERED.

Dated: August 27, 2024
       New York, New York
                                          JESSE M. FURMAN
                                      United States District Judge