UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
:
IN RE:                                                                  :
                                                                        :
ZIMMER M/L TAPER HIP PROSTHESIS OR M/L     :    18-MD-2859 (JMF)
TAPER HIP PROSTHESIS WITH KINECTIV         :
TECHNOLOGY AND VERSYS FEMORAL HEAD          :    ORDER
PRODUCTS LIABILITY LITIGATION               :
                                                                        :
*This Document Relates to:*                                             :
                                                                        :
*Hinton v. Zimmer Biomet Holdings, Inc.*, 24-CV-5406                    :
                                                                        :
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

On October 15, 2024, the Court ORDERED counsel for all parties to appear for a teleconference **today** at **3:00 p.m.** 24-CV-5406, ECF No. 13. Counsel for Plaintiff did not appear. Unfortunately, this is not Plaintiff's first failure to comply with an Order of the Court in this case. *See* 18-MD-2859, ECF No. 631; 24-CV-5406, ECF No. 9.

In light of the foregoing, IT IS HEREBY ORDERED that the teleconference is RESCHEDULED for **October 23, 2024**, at **11:30 a.m.** All dial-in instructions remain the same. If Plaintiff's counsel fails to appear, then the case may be dismissed (without prejudice) without further notice to the parties.

IT IS FURTHER ORDERED that Plaintiff's counsel shall show cause by letter no later than **TOMORROW, October 22, 2024**, why sanctions should not be imposed for his repeated failure to comply with the Court's Orders, including his failure to appear earlier today.

SO ORDERED.

Dated: October 21, 2024
       New York, New York                         _____
                                                  JESSE M. FURMAN
                                                  United States District Judge