UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
IN RE: :
:
ZIMMER M/L TAPER HIP PROSTHESIS OR M/L : 18-MD-2859 (JMF)
TAPER HIP PROSTHESIS WITH KINECTIV :
TECHNOLOGY AND VERSYS FEMORAL HEAD : ORDER
PRODUCTS LIABILITY LITIGATION :
:
*This Document Relates to:* :
:
*Hinton v. Zimmer Biomet Holdings, Inc.*, 24-CV-5406 :
:
------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

As stated on the record during the teleconference held earlier today:

- The parties shall file a joint submission no later than **November 1, 2024**, either (1) proposing how to dispose of this case on this Court's docket (in a manner that does not prejudice either side and permits Plaintiff to seek relief in the appropriate District); or (2) proposing a briefing schedule for a motion for a suggestion of remand from the Court.

SO ORDERED.

Dated: October 23, 2024  _____
New York, New York                              JESSE M. FURMAN
                                          United States District Judge