UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                                   :

IN RE:                                            :

ZIMMER M/L TAPER HIP PROSTHESIS OR M/L   :      18-MD-2859 (JMF)
TAPER HIP PROSTHESIS WITH KINECTIV         :
TECHNOLOGY AND VERSYS FEMORAL HEAD  :      ORDER
PRODUCTS LIABILITY LITIGATION                :

*This Document Relates to:*                             :

*Hinton v. Zimmer Biomet Holdings, Inc.*, 24-CV-5406   :

------------------------------------------------------------------ X

JESSE M. FURMAN, United States District Judge:

      Pursuant to the parties' November 1, 2024 joint letter, 24-CV-5406, ECF No. 18, Plaintiff agreed to file a voluntary motion to dismiss this case no later than **November 15, 2024**. To date, Plaintiff has not done so. As a courtesy, that deadline is hereby EXTENDED, *nunc pro tunc*, to **November 20, 2024**.

      SO ORDERED.

Dated: November 18, 2024
       New York, New York
                                                    JESSE M. FURMAN
                                               United States District Judge