UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X
                                                            :
IN RE:                                                      :
                                                            :
ZIMMER M/L TAPER HIP PROSTHESIS OR M/L    :        18-MD-2859 (JMF)
TAPER HIP PROSTHESIS WITH KINECTIV         :        20-CV-2358 (JMF)
TECHNOLOGY AND VERSYS FEMORAL HEAD        :
PRODUCTS LIABILITY LITIGATION              :              ORDER
                                                            :
*This Document Relates to McMillian v. Zimmer US Inc. et* :
*al., 20-CV-2358 (JMF)*                                     :
                                                            :
------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

        As stated during the teleconference held earlier today:

- No later than **August 14, 2025**, the parties shall file a joint letter updating the Court on the parties' settlement discussions and addressing whether there is anything the Court can do to facilitate settlement.

- No later than **one week after the close of expert discovery**, the parties shall confer and file a joint letter indicating which motions each party intends to file and proposing a briefing schedule for any anticipated summary judgment or *Daubert* motions that avoids unnecessary or duplicative filings.

        SO ORDERED.

Dated: May 21, 2025
        New York, New York
                                            _____
                                                    JESSE M. FURMAN
                                                    United States District Judge