UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                                   :

IN RE:                                              :

ZIMMER M/L TAPER HIP PROSTHESIS OR M/L   :        18-MD-2859 (JMF)
TAPER HIP PROSTHESIS WITH KINECTIV       :        20-CV-2358 (JMF)
TECHNOLOGY AND VERSYS FEMORAL HEAD  :
PRODUCTS LIABILITY LITIGATION              :             ORDER

*This Document Relates to McMillian v. Zimmer US Inc. et* :
*al., 20-CV-2358 (JMF)*
                                                   :
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

       Pursuant to the Court's May 21, 2025 Order, ECF No. 695, the parties were required to file a joint status letter, the contents of which are described therein, no later than August 14, 2025. To date, the parties have failed to do so. As a courtesy, that deadline is hereby EXTENDED, *nunc pro tunc*, to **August 27, 2025**. Continued failure to abide by the Court's deadlines may result in sanctions.

       SO ORDERED.

Dated: August 21, 2025
       New York, New York
                                                             JESSE M. FURMAN
                                                     United States District Judge