UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| IN RE:  ZIMMER M/L TAPER HIP PROSTHESIS OR M/L TAPER HIP PROSTHESIS WITH KINECTIV TECHNOLOGY AND VERSYS FEMORAL HEAD PRODUCTS LIABILITY LITIGATION | MDL NO. 2859<br><br>Master Docket Case No.<br>1:18-md-02859-JMF<br><br>Honorable Jesse M. Furman |
| This document relates to all consolidated cases. | |

---

### MOTION TO WITHDRAW APPEARANCE OF MICHAEL J. KANUTE

Pursuant to Local Rule 1.4, the undersigned, Michael J. Kanute, respectfully requests that the Court permit his withdrawal as counsel for the following defendants in this multidistrict litigation, as he is retiring from his practice at Faegre Drinker Biddle & Reath LLP:  Zimmer, Inc.; Zimmer US, Inc.; Zimmer Biomet Holdings, Inc., formerly known as Zimmer Holdings, Inc.; Zimmer Biomet Fegan, Inc.; Zimmer Production, Inc.; and Zimmer Surgical, Inc., formerly known as Zimmer Orthopaedic Surgical Products, Inc.  No disruption will result from the withdrawal of the undersigned, as these defendants will continue to be represented J. Stephen Bennett, Peter A. Meyer, Sean J. Powell, Jori Loren, and others from Faegre Drinker Biddle & Reath LLP.  No liens are being asserted by withdrawing counsel.

Respectfully submitted,

DATED: December 15, 2025          By: */s/ Michael J. Kanute*

Michael J. Kanute (Admitted *Pro Hac Vice*)
FAEGRE DRINKER BIDDLE & REATH
Faegre Drinker Biddle & Reath LLP
320 South Canal Street, Suite 3300
Chicago, Illinois 60606
(Main) (312) 569-1000
(Fax) (312) 569-3000
*Withdrawing Counsel for the Zimmer Defendants*

Application GRANTED.  The Clerk of Court is directed to terminate Michael J. Kanute as counsel and to terminate ECF No. 720.

SO ORDERED.

[signature]

December 15, 2025