UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
IN RE:                                                                 :
                                                                       :
ZIMMER M/L TAPER HIP PROSTHESIS OR M/L          :
TAPER HIP PROSTHESIS WITH KINECTIV                :          18-MD-2859 (JMF)
TECHNOLOGY AND VERSYS FEMORAL HEAD             :
PRODUCTS LIABILITY LITIGATION                          :          ORDER
                                                                       :
*This Document Relates to McMillian v. Zimmer US, Inc.*  :
*et al, 20-CV-2358 (JMF)*                                      :
                                                                       :
-----------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

As stated on the record during the teleconference held earlier today:

- Plaintiff shall file the corrected versions of ECF Nos. 100-03, together with redlines showing any changes between the originally filed versions and the corrected versions, **no later than December 22, 2025.** If Plaintiff does not file redlines along with his corrected papers, Defendants shall file the appropriate redlines at their earliest convenience.

- Defendants' reply, if any, in further support of their pending summary judgment and *Daubert* motions shall be filed **no later than January 14, 2026.**

- As Plaintiff's counsel conceded, sanctions are warranted on Plaintiff's counsel for filing papers with AI-generated hallucinations and inaccuracies. *See* ECF No. 105, 105-1. Accordingly, sanctions are hereby imposed. Unless and until the Court orders otherwise, Plaintiff's counsel shall reimburse Defendants for the fees and costs they incur as a result of the problems with the papers filed on December 4, 2025. **The parties shall confer in an effort to reach agreement on the size of the award.** Absent agreement, Defendants shall file a letter, not to exceed five pages, seeking such fees and costs, supported by contemporaneous billing records, **no later than January 21, 2026**. Plaintiff's counsel shall file any opposition **no later than January 28, 2026.** No reply may be filed absent leave of Court.

SO ORDERED.

Dated: December 16, 2025
       New York, New York

_____
JESSE M. FURMAN
United States District Judge