**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------X

IN RE:

ZIMMER M/L TAPER HIP PROSTHESIS OR M/L TAPER HIP PROSTHESIS WITH KINECTIV TECHNOLOGY AND VERSYS FEMORAL HEAD PRODUCTS LIABILITY LITIGATION

This Document Relates to McMillan v. Zimmer US Inc. et al., 20-CV-2358 (JMF)

18 **MD** 2859 (JMF)
20 **CIVIL** 2358 (JMF)

**JUDGMENT**

-----------------------------------------------------------X

It is, **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated July 22, 2026, Zimmer's motions to preclude Dr. Boraiah's testimony and for summary judgment are GRANTED. Judgment is entered for Zimmer consistent with the Opinion and Order; accordingly, the case 20-CV-2358 is closed.

**Dated:** New York, New York
July 27, 2026

**TAMMI M. HELLWIG**

**Clerk of Court**

**BY:** K. Mango

**Deputy Clerk**