**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------X

IN RE:

ZIMMER M/L TAPER HIP PROSTHESIS OR M/L TAPER HIP PROSTHESIS WITH KINECTIV TECHNOLOGY AND VERSYS FEMORAL HEAD PRODUCTS LIABILITY LITIGATION

This Document Relates to McMillan v. Zimmer US Inc. et al., 20-CV-2358 (JMF)

18 **MD** 2859 (JMF)
20 **CIVIL** 2358 (JMF)

**AMENDED JUDGMENT**

------------------------------------------------------------X

It is, **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Amended Opinion and Order dated August 28, 2026, Zimmer's motions to preclude Dr. Boraiah's testimony and for summary judgment are GRANTED. Judgment is entered for Zimmer consistent with the Opinion and Order; accordingly, the case 20-CV-2358 is closed.

**Dated:** New York, New York
September 1, 2026

**TAMMI M. HELLWIG**

**Clerk of Court**

**BY:**

**Deputy Clerk**