Lieff
Cabraser
Heimann&
Bernstein
Attorneys at Law

Lieff Cabraser Heimann & Bernstein, LLP
250 Hudson Street, 8th Floor
New York, NY 10013-1413
t 212.355.9500
f 212.355.9592

September 8, 2026

Application GRANTED. The Clerk of Court is directed to terminate ECF No. 734.

SO ORDERED

September 9, 2026

**VIA CM-ECF**

Honorable Jesse M. Furman
United States District Court
Southern District of New York
500 Pearl Street, Chamber 2510
New York, NY 10007

RE: *In re: Zimmer M/L Taper Hip Prosthesis or M/L Taper Hip Prosthesis with Kinectiv Technology and VerSys Femoral Head Products Liability Litigation*
Case Numbers: 18-MD-2859 (JMF); 18-MC-2859 (JMF)

Dear Judge Furman:

Pursuant to the Court's Individual Rules, Standing Order 19-mc-00583 (Dec. 19, 2019), and Section 6 of the Court's Electronic Case Filing Rules (Feb 2, 2026 ed.), Plaintiffs respectfully requests permission to file Exhibits A and B to their Motion Seeking Authorization for the Distribution of Shared and Held Costs and Attorney Fees Incurred for the Common Benefit from the Common Benefit Fund under seal. Exhibits A and B should be sealed because they contains figures from which the final settlement amount—confidential under the parties' settlement agreement—can be calculated. Disclosure would therefore undermine the confidentiality protections the parties bargained for

The chambers copy electronically mailed to the Court will include copies of the exhibits.

Respectfully submitted,

*/s/Kelly K. McNabb*
Kelly K. McNabb
*On behalf of the Plaintiffs' Executive Committee*

cc: Counsel of Record
3566032.1