UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE:

ZIMMER M/L TAPER HIP PROSTHESIS OR M/L TAPER HIP PROSTHESIS WITH KENCTIV TECHNOLOGY AND VERSYS FEMORAL HEAD PRODUCTS LIABILITY LITIGATION

*This Document Relates to Faircloth v. Zimmer US Inc., 26-CV-7599 (JMF)*

18-MD-2859 (JMF)
26-CV-7599 (JMF)

ORDER

JESSE M. FURMAN, United States District Judge:

In *Faircloth v. Zimmer US Inc.*, 26-CV-7599 (JMF), Plaintiff, proceeding without counsel, alleges that she suffered injuries resulting from the implantation of an M/L Taper with Kinectiv femoral stem and neck. *See* ECF No. 1, at 5-6. On September 10, 2026, the Court accepted the case as related to these MDL proceedings. No later than **September 18, 2026**, defense counsel shall advise the Court whether the case should be deemed part of the MDL.

The Clerk of Court is directed to docket this order in 18-MD-2859 and 26-CV-7599.

SO ORDERED.

Dated: September 10, 2026
New York, New York

JESSE M. FURMAN
United States District Judge